FILED
September 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003805304

Julius. J. Cherry SBN 152242
2600 H Street
Sacramento, CA 95816
Ph: 916-233-2663
Fx: 916-442-6524

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re:

**Kevin Bruce & Tori Lynn Moody,**

    Debtor

)  Case No.: Case No. 2011-41298
)  Chapter 13
)  Docket Control No.: JJC-001
)
)  Judge: Michael S. McManus
)  Date: 10/24/2011
)  Time: 10:00 AM
)  Place: Sacramento Division
)     501 I Street, 7th Floor
)     Department A, Room 28
)     Sacramento, CA 95814
)  Trustee: David Gravell
)
)  **MOTION TO COMPEL ABANDONMENT**
)  **OF BUSINESS BY TRUSTEE**
)
)

    Debtors hereby request an order requiring the trustee to abandon the business of Kevin Bruce Moody and Tori Lynn Moody, dba CPU Computers, for the reasons set forth in the Declaration of Debtors. Filed concurrently herewith

Dated:                                              By: /s/ Julius J. Cherry -Attorney